THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALEXANDER M. McHALE and
ASHLEY N. McHALE,

    Plaintiffs,

vs.

CROWN EQUIPMENT CORPORATION,

    Defendant.

Case No. 8:19-cv-707-VMC-SPF

## VERDICT FORM

We, the jury, return the following verdict;

1. Was Crown negligent in the design of the RC5500 forklift, or was the RC5500 forklift unreasonably dangerous in its design, and if so, was the design of the RC5500 forklift a legal cause of Alexander McHale's injuries?

    YES \_\_\_\_    NO **X**

If your answer to question 1 is NO, your verdict is for the Defendant, Crown Equipment Corporation, and you should not proceed further except to date and sign this verdict and return it to the courtroom. If your answer to question 1 is YES, please answer question 2.

2. Was there negligence on the part of Alexander McHale which was a legal cause of his injury?

    YES \_\_\_\_    NO \_\_\_\_

If your answer to question 2 is "NO," please skip question 3 and answer questions 4-6. If your answer to question 2 is "YES," please answer questions 3-6.

3. State the percentage of any negligence, which was the legal cause of injury to Alexander McHale that you charged to:

   Crown Equipment Corporation          _____%

   Alexander McHale                     _____%

In determining the amount of damages, do not make any reduction because of the negligence, if any, of Alexander McHale. If you find that Alexander McHale was negligent, the court in entering judgment will make an appropriate reduction in the damages awarded.


Please answer question 4.

4. What is the total amount of Alexander McHale's damages for medical expenses incurred in the past and medical expenses to be incurred in the future?

   $ _____

Please answer question 5.

5. What is the total amount of Alexander McHale's damages for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a disease or physical defect, emotional distress, and loss of capacity for the enjoyment of life sustained in the past and to be sustained in the future?

   $ _____


**TOTAL DAMAGES OF ALEXANDER MCHALE:**
(Please add lines 4 and 5)

$ _____


Please answer question 6.

6. What is the total amount of damages sustained by Plaintiff, Ashley McHale, caused by the loss of her husband's comfort, society, attention, and services?

$ _____

SO SAY WE ALL, this 14th day of October, 2021.

_____
FOREPERSON