UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALEXANDER M. MCHALE and
ASHLEY N. MCHALE,

               Plaintiffs,

v.                                  Case No:  8:19-cv-707-VMC-SPF

CROWN EQUIPMENT
CORPORATION,

               Defendant.
_____

## JUDGMENT IN A CIVIL CASE

This action came before the Court for a trial by jury on October 4, 2021 through October 14, 2021.  The issues have been tried and the jury has rendered its verdict in favor of the Defendant.

Therefore, it is **ORDERED AND ADJUDGED** that:

1      Judgment is entered in favor of Defendant(s) Crown Equipment Corporation, and against Plaintiff(s) Alexander M. McHale and Ashley N. McHale.

2      The Clerk is directed to close this case.

Date:  October 22, 2021              ELIZABETH M. WARREN, CLERK

                                 /s/**T.Lee**_____
                                By:  Tamecika Lee, Deputy Clerk