# THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| ALEXANDER M. MCHALE, and ASHLEY N. MCHALE,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CROWN EQUIPMENT CORPORATION,<br><br>　　　　Defendant. | CIVIL ACTION<br>FILE NO. 8:19-CV-0707-VMC-SPF |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs in the above-named case, ALEXANDER M. MCHALE and ASHLEY N. MCHALE, hereby appeal to the United States Court of Appeals for the Eleventh Circuit, from the Final Judgment entered in this action on October 22, 2021 in favor of Defendant CROWN EQUIPMENT CORPORATION (titled Judgment in a Civil Case [DE 215]), and every ruling therein including, without limitation, rulings concerning motions in limine and evidentiary rulings during trial.

This 15th day of November, 2021.

　　　　　　　　　　　　　　　　　　*/s/ Sean C. Domnick*
　　　　　　　　　　　　　　　　　　Sean C. Domnick
　　　　　　　　　　　　　　　　　　Florida Bar No.: 843679
　　　　　　　　　　　　　　　　　　Matthew T. Christ
　　　　　　　　　　　　　　　　　　Florida Bar No.: 0119106
　　　　　　　　　　　　　　　　　　Domnick Cunningham & Whalen
　　　　　　　　　　　　　　　　　　2401 PGA Boulevard, Suite 140
　　　　　　　　　　　　　　　　　　Palm Beach Gardens, FL 33410
　　　　　　　　　　　　　　　　　　(561) 625-6260
　　　　　　　　　　　　　　　　　　(561) 625-6269 Fax

eservice@dcwlaw.com; sean@dcwlaw.com; kds@dcwlaw.com

Daniel D. Moody, J.D., B.C.S.
Florida Bar No. 0508209
Moody Law, P.A.
575 North Broadway Avenue
Bartow, FL 33831-0266
(863) 733-9090
(863) 534-1001 Fax
dan@moodylaw.com

Michael J. Warshauer
(A*dmitted Pro Hac Vice)*
Warshauer Law Group, P.C.
2740 Bert Adams Road
Atlanta, GA 30339
404-892-4900
404-892-1020 Fax
mwarshauer@warlawgroup.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys of record for Defendant:

Michael Wiggins, Esq.
Michael Correnti, Esq.
Philip E. Kegler, Esq.
McDonald Toole Wiggins, P.A.
111 N. Magnolia Ave., Suite 1200
Orlando, FL 32801

This 15th day of November 2021.

By: */s/ Sean C. Domnick*